**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

IN RE:                                                          CASE NO.: 3:26-bk-30556-SHB
                                                                CHAPTER 7
ROBERT HAROLD ELWOOD,                      JUDGE SUZANNE H. BAUKNIGHT

      Debtor(s),

---

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND ABANDONMENT

This matter is before the Court pursuant to E.D. Tenn. LBR 9013-1(f) upon the Motion

(the "Motion") of Select Portfolio Servicing, Inc (hereinafter "Movant") for this Court to enter an

Order granting it relief from the automatic stay provisions of 11 U.S.C. § 362(a) for cause,

including, but not limited to, the lack of adequate protection, with respect to certain real property

commonly known as 104 Dansworth Lane, Oak Ridge, Tennessee, 37830 (hereinafter "the Real

Property").  For the reasons set forth therein, the Court finds that causes exists to grant the Motion

and, accordingly, **ORDERS** that the Motion is hereby granted and Movant is granted relief from

that automatic stay provisions of 11 U.S.C. § 362 with respect to the Real Property thereby entitling

it to take any and all steps necessary to exercise any and all rights it may have against the Real

Property under applicable non-bankruptcy law including, but not limited to, foreclosing on the

Real Property, taking possession of the Real Property, and seeking recovery of its reasonable

attorneys' fees and costs incurred in this proceeding; and

It is further **ORDERED** that the property is of inconsequential value to the Bankruptcy

Estate and is abandoned pursuant to 11. U.S.C. § 554.

It is further **ORDERED** that the provisions of Rule 4001(a)(4), Federal Rules of

Bankruptcy Procedure are hereby waived.

###

APPROVED FOR ENTRY:

ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC

BY: *s/Kimberly Cambron*
Kimberly Cambron (MI70317)
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
Attorneys for Movant
13010 Morris Rd. Suite 450
Alpharetta, GA 30004
Phone: (865) 219-3908
E-mail:  kcambron@raslg.com