

**SO ORDERED.**
**SIGNED this 4th day of May, 2026**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

ROBERT HAROLD ELWOOD

        Debtor

Case No. 3:26-bk-30556-SHB
Chapter 7

### O R D E R

On April 17, 2026, Select Portfolio Servicing, Inc., through counsel, filed a Motion for Relief from Automatic Stay and Abandonment with Request for Waiver of 14 Day Stay Under Rule 4001(a)(4) [Doc. 13]. The Court rejected the proposed Order Granting Motion for Relief from Automatic Stay and Abandonment ("Rejected Order") "because the passive notice contains an error in the address for the Clerk," and directed that "[a]n amended motion must be filed and a replacement order uploaded within 4 days." [Doc. 15.] Because, as of May 4, 2026, the directives of the Rejected Order remain unsatisfied, the Court directs the following:

1. The Motion for Relief from Automatic Stay and Abandonment with Request for Waiver of 14 Day Stay Under Rule 4001(a)(4) Filed by Select Portfolio Servicing, Inc. on April 17, 2026 [Doc. 13], is DENIED without prejudice.

2. The hearing scheduled for May 7, 2026, at 9:00 a.m. is STRICKEN.

### ###