# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

**IN RE:**

**Robert Harold Elwood**                               **Case No. 26-30556-SHB**

**Chapter  7**

**Debtor(s).**

## NOTICE OF ADDRESS CHANGE FOR DEBTOR

Comes the Debtor(s) through counsel and notifies the court of his new address:

1108 West Outer Dr
Oak Ridge, TN 37830

Respectfully submitted June 9, 2026.

*s/ William E. Maddox, Jr.*
William E. Maddox, Jr. BPR #017462
William E. Maddox, Jr. LLC
Attorney at Law
Attorney for Debtor
PO Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953

## CERTIFICATE OF SERVICE

I certify that the foregoing **Change of Address** was served on the following via the Court's Electronic Case Filing**:**

**Attorney for the United States Trustee**
800 Market Street
Suite #211
Knoxville, TN 37902-2342

**Heather Ellis Banks**
**136 S. Illinois Ave., Ste 104**
**Oak Ridge, TN 37830**

*s/ William E. Maddox, Jr.*
William E. Maddox, Jr. BPR #017462
William E. Maddox, Jr. LLC
Attorney at Law
Attorney for Debtor
PO Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953
wem@billmaddoxlaw.com